UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRACY A. BRIGHT,           )
                           )
         Plaintiff,        )
                           )   No. 15 cv 7110
    vs.                    )
                           )
WESTERN EXPRESS, INC.,     )
                           )
         Defendant.        )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, TRACY A. BRIGHT, by and through her attorneys, LAW OFFICES OF THOMAS J. POPOVICH, P.C., and complaining against the Defendant, WESTERN EXPRESS, INC., states as follows:

1. That on August 29, 2013, I-81 was a public roadway generally extending in a northerly and southerly direction in Roanoke County, Virginia.

2. That on August 29, 2013, Plaintiff, TRACY A. BRIGHT, operated a certain motorcycle in a general southerly direction along and upon I-81 in Roanoke County, Virginia.

3. That on August 29, 2013, ANDREW S. LOPEZ operated a certain motor vehicle in a general southerly direction along and upon I-81 at approximately mile marker #144 in Roanoke County, Virginia.

4. That on August 29, 2013, ANDREW S. LOPEZ made an abrupt lane change within southbound I-81, forcing the motorcycle operated by Plaintiff, TRACY A. BRIGHT, off the roadway, at approximately mile marker #144.

5. That on August 29, 2013, ANDREW S. LOPEZ owed a duty to Plaintiff, TRACY A. BRIGHT, to exercise ordinary and reasonable care in the operation of his motor vehicle.

6. That ANDREW S. LOPEZ breached that duty he owed to Plaintiff, TRACY A. BRIGHT, and was negligent in one or more of the following respects:

   a. Failed to maintain control and direction over the operation of his motor vehicle so as to cause his motor vehicle to almost collide with the motorcycle driven by the Plaintiff, TRACY A. BRIGHT;

   b. Failed to maintain a proper lookout for other vehicles traveling on the road;

   c. Failed to exercise due care with respect to persons or vehicles on the highway;

   d. Failed to reduce the speed of his vehicle to avoid colliding with the vehicle driven by Plaintiff, TRACY A. BRIGHT;

   e. Failed to give an audible warning of his horn when reasonably necessary to insure safe operation of his vehicle;

   f. Failed to drive entirely within his lane until movement could be made safely; and

   g. Made an improper or unsafe lane change.

7. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions by ANDREW S. LOPEZ, the Plaintiff, TRACY A. BRIGHT, was and has become bodily injured, both internally and externally; has suffered and will in the future suffer pain; has been permanently scarred and disfigured; has become obligated for large sums of money for medical care and will in the future become obligated for large sums of money for medical care; has lost money that would have otherwise been earned by her, and will continue to.

8. On August 29, 2013, the vehicle being operated by ANDREW S. LOPEZ was owned by Defendant, WESTERN EXPRESS, INC.

9. While ANDREW S. LOPEZ was operating said vehicle on August 29, 2013, as described herein, he was doing so as an agent and/or employee of Defendant, WESTERN EXPRESS, INC.

10. Defendant, WESTERN EXPRESS, INC., is a Tennessee corporation, but does substantial business in Cook County, Illinois.

11. Plaintiff, TRACY A. BRIGHT, is a resident of Illinois.

WHEREFORE, the Plaintiff, TRACY A. BRIGHT, demands judgment against Defendant, WESTERN EXPRESS, INC., in an amount in excess of $75,000.00 together with the costs of this action.

LAW OFFICES OF THOMAS J. POPOVICH, P.C.

/s/ Thomas J. Popovich
One of the Attorneys for Plaintiff

Thomas J. Popovich
LAW OFFICES OF THOMAS J. POPOVICH, P.C.
3416 West Elm Street
McHenry, Illinois 60050
815/344-3797
ARDC No. 06203684